**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-23374-UU

JOHN MURPHY,

 Plaintiff,
v.

MIMEDX GROUP, INC., *et al.*,

 Defendants.
               /

**ORDER**

THIS CAUSE is before the Court upon the Joint Motion to Stay all Matters Pending the Court's Resolution of Nominal Defendant MiMedx Group, Inc.'s Motion to Transfer (the "Motion"). D.E. 24.

THE COURT has reviewed the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.

On August 12, 2019, John Murphy commenced this shareholder derivative action bringing breaches of fiduciary duty and unjust enrichment claims against certain current and former officers and directors of MiMedx Group, Inc. ("MiMedx"). D.E. 1. In light of their waivers of service, Defendants' responsive pleadings are due between October 21, 2019 and November 12, 2019. *See* D.E. 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16 & 19. This case is set for scheduling conference on October 18, 2019, and the parties' joint scheduling report is due on October 4. D.E. 17. On September 25, 2019, MiMedx filed its motion to transfer this action to the Northern District of Georgia. D.E. 23. Responses in opposition to the motion to transfer are due on October 9, 2019. Accordingly, the parties jointly move to stay all matters in this action, including Defendants' responsive pleadings and the deadlines in the Court's Scheduling Order, pending this Court's

ruling on the motion to transfer.  D.E. 24.  The Court will not stay all matters in this action indefinitely, but will extend certain deadlines as set forth below.  Accordingly, it hereby

ORDERED AND ADJUDGED that the Motion (D.E. 24) is DENIED.  It is further

ORDERED AND ADJUDGED that Defendants shall file their responsive pleadings no later than **Tuesday, November 12, 2019**.  It is further

ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference in this matter is hereby reset to **Friday, December 6, 2019, at 10:00 A.M**.  The parties shall file their Joint Planning and Scheduling Report no later than **Friday, November 22, 2019**.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf