UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-23374-UU

JOHN MURPHY,

    Plaintiff,
v.

MIMEDX GROUP, INC., *et al.*,

    Defendants.
    _____/

## ORDER

THIS CAUSE is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Motion") (D.E. 47), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 47) is GRANTED.  Stephen E. Hudson may appear and participate in this action on behalf of Defendant John E. Cranston.  The Clerk shall provide electronic notification of all electronic filings to Stephen E. Hudson at shudson@kilpatricktownsend.com.

DONE AND ORDERED in Chambers, Miami, Florida, this 2nd day of October, 2019.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf